USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tzvee Wood and Andrea Malester,

                Plaintiffs,

-against-

Mutual Redevelopment Houses, Inc.; Penn South Cooperative Federal Credit Union; Penn South Social Services, Inc.; Carmen Santiago a/k/a Carmen Angelico; Brendan Keany, each in their professional and individual capacities; and John and Jane Does 1-50,

                Defendants.

19 Civ. 9563 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 8, 2019, the Court ordered Plaintiffs to show cause, by November 22, 2019, why this case should not be dismissed as duplicative of 14 Civ. 7535 and 18 Civ. 726. ECF No. 4. On November 19, 2019, Plaintiffs requested an extension to respond to the order to show cause and also an extension to respond to this Court's decision to accept this case as related to 14 Civ. 7535. ECF No. 5.

    Having reviewed Plaintiffs' letter, it is hereby ordered that Plaintiffs' request to extend the deadline to respond to the order to show cause is GRANTED. By **December 11, 2019**, Plaintiffs shall file their response.

    Plaintiffs' request for an extension to the deadline to respond to this Court's decision to accept this case as related to 14 Civ. 7535 is DENIED. No deadline has been imposed to file a response to that decision. As the Court previously informed Plaintiffs, the determination of relatedness is committed to the Court's discretion and is not subject to litigation. *See* 18 Civ. 726, ECF No. 20; *see also Chevron Corp. v. Donziger*, No. 11 Civ. 0691, 2011 WL 979609, at *2 (S.D.N.Y. Mar. 7, 2011) (collecting cases); *see also* Rules for the Division of Business Among District Judges Rule 13(b)(2) ("The decision of the judge with the lowest docket number shall control . . . .").

    The Clerk of Court is directed to mail a copy of this order to Plaintiffs *pro se*.

    SO ORDERED.

Dated: November 21, 2019
       New York, New York

                                            ANALISA TORRES
                                      United States District Judge