UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TZVEE WOOD, *et al.*,

                Plaintiffs,

    -against-

MUTUAL REDEVELOPMENT HOUSES, INC., *et al.*,

                Defendants.

19cv09563 (AT) (DF)

**ORDER**

---

**DEBRA FREEMAN, United States Magistrate Judge:**

      The above-captioned case having been referred to this Court by the Honorable Analisa Torres for general pretrial supervision; and this Court having held a telephonic conference on February 18, 2021 with Plaintiffs, who are proceeding *pro se*, and counsel for Defendants; and Plaintiffs having requested that, to the extent Defendants have filed certain documents containing the medical information of plaintiff Tzvee Wood ("Wood"), those documents be placed under seal; and Defendants having opposed that request and having also requested a stay of all discovery pending the resolution of their motions to dismiss the Complaint, but Plaintiffs having requested that discovery in the action proceed; and the parties having expressed differing views as to the appropriate scope of discovery in this action, should it go forward; it is hereby ORDERED, in accord with this Court's rulings at the February 18 conference and so as to effectuate those rulings, that:

      1.    By the close of business on Friday, February 19, 2021, any defendant that has filed information in this case regarding Wood's alleged medical condition shall file a letter (a) identifying the Docket number and/or exhibit number of all such previously-filed submissions, and (b) attaching redacted copies of those prior submissions. This Court will then

instruct the Clerk of Court to place the original, unredacted materials under seal, pending further order of the Court.

    2.    No later than February 26, 2021, the parties shall submit letter briefing, of not more than three pages each, setting out their positions, with relevant case citations, as to whether the redacted medical information should remain under seal.

    3.    All discovery shall be stayed in this case as to defendants Penn South Cooperative Federal Credit Union and Penn South Social Services, Inc., pending resolution of those defendants' motions to dismiss the Complaint.

    4.    As to the remaining named defendants (*i.e.*, Mutual Redevelopment Houses, Inc., Carmen Santiago a/k/a Carmen Angelico, and Brendan Keany (collectively, the "Mutual Redevelopment Defendants")), all discovery shall similarly be stayed pending resolution of their motion to dismiss, except for paper discovery (document requests and interrogatories), by and between Plaintiffs and these defendants, that is focused on Plaintiffs' claims of (1) the Mutual Redevelopment Defendants' alleged failure to accommodate Wood's medical disability, and (2) the Mutual Redevelopment Defendants' alleged retaliation against Plaintiffs. In this regard, Plaintiffs' application to compel compliance with its prior requests is denied without prejudice, and this Court expects Plaintiffs to narrow their previous discovery requests to be tailored to the two identified claims.

5. The Clerk of Court is directed to mail a copy of this Order to Plaintiffs, at the address reflected on the Docket and shown below.

Dated: New York, New York
February 18, 2021

SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge

Copies to:

Mr. Tzvee Wood
271 Magnolia Blvd.
Long Beach, NY  11561

Ms. Andrea Malester
271 Magnolia Blvd.
Long Beach, NY  11561

Defendants' counsel (via ECF)