# BRAVERMAN | GREENSPUN

A PROFESSIONAL CORPORATION

February 19, 2021

**Via ECF**
Honorable Debra C. Freeman
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> SO ORDERED
>
> The within request for leave to submit letter briefing under seal is granted.
>
> The Clerk of Court is directed to mail a copy of this Order to Plaintiffs.
>
> /s/ Debra Freeman
> DEBRA FREEMAN
> United States Magistrate Judge
> Dated: 2/24/2021

Re: *Wood, et al. v. Mutual Redevelopment Houses, Inc., et al.*
     **USDC SDNY Case No. 19-CV-9563 (AT) (DCF)**

Dear Judge Freeman:

We represent defendants Mutual Redevelopment Houses, Inc. ("Mutual"), Carmen Santiago and Brendan Keany (the "Mutual Defendants"), and write with respect to Your Honor's Order dated February 18, 2021 (ECF 53), and in particular, Your Honor's direction that we submit letter briefing regarding whether the medical condition that Mr. Wood claims should remain under seal.

In such letter briefing, we anticipate that we will need to argue that the nature of the particular medical condition Mr. Wood claims does not warrant an exception from the presumption of public access to judicial documents set forth in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006). Such argument would, of necessity, disclose the medical condition at issue.

To prevent any potential prejudice, we are requesting permission pursuant to the Section IV(A)(ii) of the Individual Practices of Judge Torres to file, on the public docket, a version of our letter brief with references to the medical condition redacted, with an unredacted version filed under seal.

We thank the Court for its consideration.

Respectfully,

/s/ William J. Geller

William J. Geller

cc:   Tzvee Wood
      Andrea Malester
      271 Magnolia Boulevard
      Long Beach, New York 11561

## CERTIFICATE OF SERVICE

      WILLIAM J. GELLER, an attorney admitted to practice before this Court certifies that I caused the within Letter to Honorable Debra C. Freeman Re: Wood, et al. v. Mutual Redevelopment Houses, Inc., et al., USDC SDNY Case No. 19-CV-9563 (AT) (DCF) to be served by first class mail on the date hereof upon:

Tzvee Wood
271 Magnolia Boulevard
Long Beach, New York 11561

Andrea Malester
271 Magnolia Boulevard
Long Beach, New York 11561

Dated: February 19, 2021

                              **BRAVERMAN GREENSPUN, P.C.**

                By:    /s/ William J. Geller
                         William J. Geller
                         wgeller@braverlaw.net
                         *Attorneys for Defendants*
                         110 East 42nd Street, 17th Floor
                         New York, New York 10017
                         (212) 682-2900