UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Tzvee Wood and Andrea Malester,

                Plaintiffs,                19 **CIVIL** 9563 (AT)

    -against-                          **JUDGMENT**

Mutual Redevelopment Houses, Inc.; Penn South
Cooperative Federal Credit Union; Penn South
Social Services, Inc.; Carmen Santiago a/k/a
Carmen Angelico; Brendan Keany, each in their
professional and individual capacities; and John
and Jane Does 1-50,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 17, 2021, Defendants' motions to dismiss Plaintiffs' complaint are granted; accordingly, the case is closed.

**Dated:**  New York, New York
          September 30, 2021

                                                              **RUBY J. KRAJICK**
                                                                 Clerk of Court
                                                      **BY:**
                                                                   Deputy Clerk